HAMMOND *v.* WAYNE CIRCUIT JUDGE.

EXECUTORS AND ADMINISTRATORS — ORDER ALLOWING CLAIMS —
APPEAL—RIGHT OF COADMINISTRATOR.

>  One of two administrators may appeal from an order allowing
>  claims though his coadministrator withholds his consent.
>  Section 9386, 3 Comp. Laws.

Mandamus by Edward P. Hammond, by his next friend, to compel Robert E. Frazer, circuit judge of Wayne county, to dismiss an appeal taken by one of two administrators without the consent of the other.   Submitted February 14, 1905.   (Calendar No. 20,934.)   Writ denied June 6, 1905.

*Thomas A. E. Weadock,* for relator.

*Brennan, Donnelly & Van De Mark,* for respondent.

PER CURIAM.    Under statute (3 Comp. Laws, § 9386) one of two administrators may appeal from order allowing claims, although his coadministrator withholds his consent to such appeal.

Mandamus denied.